## UNITED STATES BANKRUPTCY COURT
### District of Arizona (Phoenix)
## NOTICE OF PAYMENT CHANGE DUE TO (ARM)

In re:  Case No.: 10-36467

ANTONIA CHARLTON WHITE AND CAROLYNN M DEJOHNETTE  Loan Number (Last 4): 7784

In accordance with the terms of the Adjustable Rate Mortgage, this is notification that the Interest Rate is adjusting as follows:

| | |
|---|---|
| Payment Adjustment Date: | February 01, 2011 |
| Old Interest Rate: | 3.125 % |
| New Interest Rate: | 3 % |
| New Principal & Interest Payment: | $1,454.65 |
| Old Index: | 0.33 |
| New Index: | 0.24 |
| Index Name: | 1 YEAR US TREASURY SECURITY WE |
| New Monthly Payment, including escrow: | $1,761.05 |

The total monthly payment can change on a separate date as a result of any increase or decrease in a monthly escrow payment, if applicable. Any questions should be directed to Wells Fargo Home Mortgage Teresa Diaz-Cochran, MAC X7801-014 3476 Stateview Blvd., Fort Mill, SC 29715 Phone: 800-257-5645 Fax:  Email:  (name, address, telephone #, facsimile # and email address of contact person).

Specific Contact Information:  
Adriana Gitchel  
Phone: 800-257-5645  
Fax:

Wells Fargo Home Mortgage  
MAC X7801-014 3476 Stateview Blvd.  
Fort Mill, SC 29715  
800-257-5645

Date: December 23, 2010  
By: /s/ Teresa Diaz-Cochran  
Bankruptcy Business Analyst

0-ddf06b4b-a696-4ab9-aa84-5cf53d361364

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

ANTONIA CHARLTON WHITE
PO Box 50731
Phoenix, AZ 85076


CAROLYNN M DEJOHNETTE
16831 S. Coleman St
Phoenix, AZ 85045


Debtor's Attorney:

IRENA JURAS
JURAS LAW FIRM, PLC
7150 E Camelback Rd., Suite 444
SCOTTSDALE, AZ 85251


Trustee:

EDWARD J. MANEY
P.O. BOX 10434
PHOENIX, AZ 85064-0434

/s/ Sean Calvin
Bankruptcy Business Analyst

0-ddf06b4b-a696-4ab9-aa84-5cf53d361364